**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 19-17282 |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $            882,233.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $            143,126.96 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................................. | $          1,025,359.96 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            660,716.95 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $                  0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          1,649,020.21 |
| **Your total liabilities** | $          2,309,737.16 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................ | $            4,651.30 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $           11,903.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**

Case number *(if known)*    **19-17282**

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 15,310.54 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 15,310.54 |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ruth Ann Platt** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **19-17282**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|

**1533 Independence Way**

Street address, if available, or other description

**Boulder City**        **NV**        **89005-0000**

City            State        ZIP Code

**Clark**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**[Value obtained by zillow.com]. Title to property is held by 1099 Trust. This is Debtors' home.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$882,233.00** | **$882,233.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................................=>**

| $882,233.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Andrew Bunker Platt | |
|---|---|---|
| Debtor 2 | Ruth Ann Platt | Case number *(if known)*  19-17282 |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1 | Make: | **Fiat** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **500e** | ☐ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |

(value is estimated based on kbb.com)

☑ Check if this is community property (see instructions)

Current value of the entire property? **$6,434.00**

Current value of the portion you own? **$6,434.00**

---

| 3.2 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Suburban** | ☐ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |

(value is estimated based on kbb.com)

☑ Check if this is community property (see instructions)

Current value of the entire property? **$24,797.00**

Current value of the portion you own? **$24,797.00**

---

| 3.3 | Make: | **Toyota** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Highlander** | ☐ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |

(value is estimated based on kbb.com)

☑ Check if this is community property (see instructions)

Current value of the entire property? **$40,908.00**

Current value of the portion you own? **$40,908.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................=>

**$72,139.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**                                          Case number *(if known)*    **19-17282**

**Miscellaneous household goods and furnishings including but not limited to chairs, end table, 2 lamps, side table, stool, credenza, sitting chairs, 4 televisions, washer, dryer, fridge. kitchen table and chairs, miscellaneous kitchen appliances, utensils, dishes, dishwasher (does not work), miscellaneous kitchenware, 5 beds, 2 chest of drawers, 3 dressers, recliner, sofa, recliner, pool table, table and chairs, bbq, miscellaneous yard tools, lawn mower, miscellaneous garage tools, etc. (value is estimated)**

$5,000.00

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   **3 household computers;  (4) telephones; printer; network equipment  (value is estimated)**

   $1,000.00

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   **Elliptical exercise machine; bicycles, kids sports equipment, tennis rackets, etc.  (value is estimated)**

   $600.00

---

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    **Miscellaneous clothing and shoes (value is estimated)**

    $250.00

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    **Miscellaneous costume jewelry, earrings, necklaces, bracelets, watches, etc.  (value is estimated)**

    $300.00

---

    **Wedding rings (value is estimated)**

    $1,200.00

---

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**

Case number *(if known)*    **19-17282**

| | |
|---|---|
| Mother's Pearl Necklace (value is estimated) | $500.00 |
| Grandmother's bell charm necklace (value is estimated) | $250.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| family dogs  (value is estimated) | $0.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| $9,100.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................................................

| | |
|---|---|
| **Cash** | $100.00 |

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo checking account ending in 5238. This is Debtors' son's account. Listed for full disclosure only. Account hold $17.28. No value to Debtors. Debtor's name is on account as son is a minor.** | $0.00 |
| 17.2. | **Checking Account** | **Wells Fargo Account ending in 7483** | $9,466.92 |
| 17.3. | **Checking** | **Capital One Account ending in 936** | $244.89 |
| 17.4. | **Money Market** | **Capital One Account ending in 3251. Account belongs to Debtors' son. Amount in account is $20.00.  Debtors have no interest but are listed on account because son is a minor.** | $0.00 |

Official Form 106A/B

Schedule A/B: Property

page  4

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

| | | | |
|---|---|---|---|
| 17.5. | **Savings** | **Capital One Account ending in 612** | **$0.12** |
| 17.6. | **Savings** | **Capital One Account ending in 867** | **$2,839.06** |
| 17.7. | **Savings** | **Capital One Account ending in 565** | **$814.58** |
| 17.8. | **Savings** | **Capital One Account ending in 494** | **$3.56** |
| 17.9. | **Savings** | **Capital One Account ending in 497** | **$1,001.89** |
| 17.10. | **Savings** | **America First Credit Union Account ending in 2828** | **$14.93** |
| 17.11. | **Online Brokerage Account** | **Betterment (no account number).** | **$216.89** |
| 17.12. | **Checking** | **Wells Fargo Account ending in 7491** | **$441.16** |
| 17.13. | **Checking** | **Wells Fargo Account ending in 8256** | **$60.26** |
| 17.14. | **Checking** | **Capitol One Account ending in 293. This is Debtors' daughter's account. Account has $23.32. Debtors have no interest but are named on account as daughter is a minor. Listed for full disclosure.** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **L & S Counselors Ltd. This company is an LLC under which Debtor practices law.  Debtor is the sole attorney working at this entity. This entity has been sued by Debtor's former employer. Liabilities exceed assets. Without Debtor, practice could not continue.  Therefore Debtor estimates value to be $0. This entity does hold bank accounts and accounts receivable but Debtor believes that entity has no value without Debtor's continued participation.** | **100** | **%** | **$0.00** |

| Debtor 1 | **Andrew Bunker Platt** | | | |
|---|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | | Case number *(if known)* | **19-17282** |

| | | |
|---|---|---|
| **Ironwood Group, LLC. This entity has no assets or revenue. This entity was formed for the purpose of acting as a registered agent for clients of Debtor's law firm.  Entity has no bank account, no business, and is not paid for acting as resident agent. Debtor estimates value to be $0.** | 50 % | $0.00 |
| **Gatehouse Stategies, LLLP. This entity was used to serve as resident agent of clients of Woods & Erickson. Debtor was a general partner. This entity is in default. It has no assets except a bank account with less than $400. Entity is no longer operating and receives no income. Liabilities exceed assets. Value is estimated at $0.** | 37.5 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

|  Type of account: | Institution name: | |
|---|---|---|
| **Pension** | **Arizona State Retirement System (value is estimated)** | $1,513.18 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ■ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **529 Plan-  Upromise account ending in 9310 for Debtor's children [$638.69 for J. Platt; $624.70 for G. Platt; $1,257.13 for B. Platt; $0 for A. Platt]** | $2,620.52 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

| Debtor 1 | **Andrew Bunker Platt** | | |
|----------|------------------------|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

| **1099 Trust dated 4 March 2014 (value is estimated). This Trust holds title to the Debtors' residence.  Residence is dislosed above under section 1. Listed for full disclosure.** | **Unknown** |
|---|---|

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2019 tax refund, if any  (value is estimated)** | **Federal** | **$0.00** |
|---|---|---|

| **2018 tax refund, if any (value is estimated)** | **Federal** | **$42,000.00** |
|---|---|---|

| **2017 tax refund, if any (value is estimated)** | **Federal** | **$0.00** |
|---|---|---|

| **2016 tax refund, if any (value is estimated)** | **Federal** | **$0.00** |
|---|---|---|

**29.  Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information..

| **Unpaid wages owed by Woods Erickson. Debtor believes amount is in excess of $48,000.00.** | **Unknown** |
|---|---|

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | | |

Case number *(if known)* **19-17282**

value:

| | | |
|---|---|---|
| **USAA term Life Insurance**<br>**Face amount is $1,000,000.00**<br>**No Cash Value**<br>**Beneficiary is Debtor's trust** | **1099 Trust dated 4**<br>**March 2014** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes. Describe each claim.........

| | |
|---|---|
| **Counterclaims against Wood Erickson including but not limited to claims for unpaid 401k matching, failure to pay wages, etc. (exact value is unknown) Debtor has filed claim with Department of Labor.** | **Unknown** |

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................................**   **$61,337.96**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Unpaid violin lesson tuition** | **$25.00** |

| | |
|---|---|
| **Checks for violin lessons owing to Debtor 2 for tuition for November 2019** | **$325.00** |

**39. Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
       Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ☐ No
   ■ Yes. Give specific information.........

| 3 student violins (value is estimated) | $200.00 |
|---|---|

| 45. | Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................... | $550.00 |
|---|---|---|

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

| 54. | Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | $0.00 |
|---|---|---|

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................... | | $882,233.00 |
| 56. | **Part 2: Total vehicles, line 5** | $72,139.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $9,100.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $61,337.96 | |
| 59. | **Part 5: Total business-related property, line 45** | $550.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | +    $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $143,126.96 | Copy personal property total    $143,126.96 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $1,025,359.96 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **19-17282** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:     Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1533 Independence Way Boulder City, NV 89005  Clark County (held by personal trust, 1099 Trust dated 4 March 2014) (value is estimated based on zillow.com)** Line from *Schedule A/B*: **1.1** | $882,233.00 | ■ $284,369.39  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050** |
| **1533 Independence Way Boulder City, NV 89005  Clark County (held by personal trust, 1099 Trust dated 4 March 2014) (value is estimated based on zillow.com)** Line from *Schedule A/B*: **1.1** | $882,233.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.080.2** |
| **1533 Independence Way Boulder City, NV 89005  Clark County (held by personal trust, 1099 Trust dated 4 March 2014) (value is estimated based on zillow.com)** Line from *Schedule A/B*: **1.1** | $882,233.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(dd)** |
| **2015 Fiat 500e (value is estimated based on kbb.com)** Line from *Schedule A/B*: **3.1** | $6,434.00 | ■ $2,587.87  ☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**

Case number (if known)    **19-17282**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 Chevrolet Suburban (value is estimated based on kbb.com)**<br>Line from *Schedule A/B*: **3.2** | $24,797.00 | ■ $9,094.67<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **Miscellaneous household goods and furnishings including but not limited to chairs, end table, 2 lamps, side table, stool, credenza, sitting chairs, 4 televisions, washer, dryer, fridge. kitchen table and chairs, miscellaneous kitchen appliances, utensils,**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **3 household computers;  (4) telephones; printer; network equipment  (value is estimated)**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Elliptical exercise machine; bicycles, kids sports equipment, tennis rackets, etc.  (value is estimated)**<br>Line from *Schedule A/B*: **9.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Miscellaneous clothing and shoes (value is estimated)**<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Miscellaneous costume jewelry, earrings, necklaces, bracelets, watches, etc.  (value is estimated)**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Wedding rings (value is estimated)**<br>Line from *Schedule A/B*: **12.2** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Wedding rings (value is estimated)**<br>Line from *Schedule A/B*: **12.2** | $1,200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Mother's Pearl Necklace (value is estimated)**<br>Line from *Schedule A/B*: **12.3** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Mother's Pearl Necklace (value is estimated)**<br>Line from *Schedule A/B*: **12.3** | $500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** |
|----------|-------------------------|
| Debtor 2 | **Ruth Ann Platt** |

Case number (if known) **19-17282**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Grandmother's bell charm necklace (value is estimated)**<br>Line from *Schedule A/B*: **12.4** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Grandmother's bell charm necklace (value is estimated)**<br>Line from *Schedule A/B*: **12.4** | $250.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **family dogs  (value is estimated)**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Wells Fargo checking account ending in 5238. This is Debtors' son's account. Listed for full disclosure only. Account hold $17.28. No value to Debtors. Debtor's name is on account as son is a minor.**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Wells Fargo checking account ending in 5238. This is Debtors' son's account. Listed for full disclosure only. Account hold $17.28. No value to Debtors. Debtor's name is on account as son is a minor.**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking Account: Wells Fargo Account ending in 7483**<br>Line from *Schedule A/B*: **17.2** | $9,466.92 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking Account: Wells Fargo Account ending in 7483**<br>Line from *Schedule A/B*: **17.2** | $9,466.92 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Capital One Account ending in 936**<br>Line from *Schedule A/B*: **17.3** | $244.89 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Capital One Account ending in 936**<br>Line from *Schedule A/B*: **17.3** | $244.89 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | | |
| Debtor 2 | **Ruth Ann Platt** | | Case number (if known) | **19-17282** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Money Market: Capital One Account ending in 3251. Account belongs to Debtors' son. Amount in account is $20.00.  Debtors have no interest but are listed on account because son is a minor.**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Money Market: Capital One Account ending in 3251. Account belongs to Debtors' son. Amount in account is $20.00.  Debtors have no interest but are listed on account because son is a minor.**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 612**<br>Line from *Schedule A/B*: **17.5** | $0.12 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 612**<br>Line from *Schedule A/B*: **17.5** | $0.12 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Capital One Account ending in 867**<br>Line from *Schedule A/B*: **17.6** | $2,839.06 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 867**<br>Line from *Schedule A/B*: **17.6** | $2,839.06 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Capital One Account ending in 565**<br>Line from *Schedule A/B*: **17.7** | $814.58 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 565**<br>Line from *Schedule A/B*: **17.7** | $814.58 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Capital One Account ending in 494**<br>Line from *Schedule A/B*: **17.8** | $3.56 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 494**<br>Line from *Schedule A/B*: **17.8** | $3.56 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number (if known) | **19-17282** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Capital One Account ending in 497**<br>Line from *Schedule A/B:* **17.9** | $1,001.89 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Capital One Account ending in 497**<br>Line from *Schedule A/B:* **17.9** | $1,001.89 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: America First Credit Union Account ending in 2828**<br>Line from *Schedule A/B:* **17.10** | $14.93 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: America First Credit Union Account ending in 2828**<br>Line from *Schedule A/B:* **17.10** | $14.93 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Online Brokerage Account: Betterment (no account number).**<br>Line from *Schedule A/B:* **17.11** | $216.89 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Online Brokerage Account: Betterment (no account number).**<br>Line from *Schedule A/B:* **17.11** | $216.89 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Wells Fargo Account ending in 7491**<br>Line from *Schedule A/B:* **17.12** | $441.16 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Wells Fargo Account ending in 7491**<br>Line from *Schedule A/B:* **17.12** | $441.16 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Wells Fargo Account ending in 8256**<br>Line from *Schedule A/B:* **17.13** | $60.26 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Wells Fargo Account ending in 8256**<br>Line from *Schedule A/B:* **17.13** | $60.26 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Capitol One Account ending in 293. This is Debtors' daughter's account. Account has $23.32. Debtors have no interest but are named on account as daughter is a minor. Listed for full disclosure.**<br>Line from *Schedule A/B:* **17.14** | $0.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number (if known) | **19-17282** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Capitol One Account ending in 293. This is Debtors' daughter's account. Account has $23.32. Debtors have no interest but are named on account as daughter is a minor. Listed for full disclosure.**<br>Line from *Schedule A/B*: **17.14** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **L & S Counselors Ltd. This company is an LLC under which Debtor practices law.  Debtor is the sole attorney working at this entity. This entity has been sued by Debtor's former employer.  Liabilities exceed assets. Without Debtor, practice could not contin**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Ironwood Group, LLC. This entity has no assets or revenue. This entity was formed for the purpose of acting as a registered agent for clients of Debtor's law firm.  Entity has no bank account, no business, and is not paid for acting as resident agent. Debt**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Gatehouse Stategies, LLLP. This entity was used to serve as resident agent of clients of Woods & Erickson. Debtor was a general partner. This entity is in default. It has no assets except a bank account with less than $400. Entity is no longer operating an**<br>Line from *Schedule A/B*: **19.3** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Gatehouse Stategies, LLLP. This entity was used to serve as resident agent of clients of Woods & Erickson. Debtor was a general partner. This entity is in default. It has no assets except a bank account with less than $400. Entity is no longer operating an**<br>Line from *Schedule A/B*: **19.3** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 87.250(2c) |
| **Pension: Arizona State Retirement System (value is estimated)**<br>Line from *Schedule A/B*: **21.1** | $1,513.18 | ■ $1,513.18<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| **529 Plan- Upromise account ending in 9310 for Debtor's children [$638.69 for J. Platt; $624.70 for G. Platt; $1,257.13 for B. Platt; $0 for A. Platt]**<br>Line from *Schedule A/B*: **24.1** | $2,620.52 | ■ $2,620.52<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number (if known) | **19-17282** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1099 Trust dated 4 March 2014 (value is estimated). This Trust holds title to the Debtors' residence. Residence is dislosed above under section 1. Listed for full disclosure.**<br>Line from *Schedule A/B*: **25.1** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(cc)** |
| **1099 Trust dated 4 March 2014 (value is estimated). This Trust holds title to the Debtors' residence.  Residence is dislosed above under section 1. Listed for full disclosure.**<br>Line from *Schedule A/B*: **25.1** | **Unknown** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(dd)** |
| **1099 Trust dated 4 March 2014 (value is estimated). This Trust holds title to the Debtors' residence.  Residence is dislosed above under section 1. Listed for full disclosure.**<br>Line from *Schedule A/B*: **25.1** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Federal: 2019 tax refund, if any (value is estimated)**<br>Line from *Schedule A/B*: **28.1** | **$0.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(aa)** |
| **Federal: 2018 tax refund, if any (value is estimated)**<br>Line from *Schedule A/B*: **28.2** | **$42,000.00** | ■ **$20,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Federal: 2017 tax refund, if any (value is estimated)**<br>Line from *Schedule A/B*: **28.3** | **$0.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(aa)** |
| **Federal: 2016 tax refund, if any (value is estimated)**<br>Line from *Schedule A/B*: **28.4** | **$0.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(aa)** |
| **Unpaid wages owed by Woods Erickson. Debtor believes amount is in excess of $48,000.00.**<br>Line from *Schedule A/B*: **30.1** | **Unknown** | ■ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Unpaid wages owed by Woods Erickson. Debtor believes amount is in excess of $48,000.00.**<br>Line from *Schedule A/B*: **30.1** | **Unknown** | ■ **Unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **USAA term Life Insurance Face amount is $1,000,000.00 No Cash Value Beneficiary is Debtor's trust Beneficiary: 1099 Trust dated 4 March 2014**<br>Line from *Schedule A/B*: **31.1** | **$0.00** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(k)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Andrew Bunker Platt | | |
|---|---|---|---|
| Debtor 2 | Ruth Ann Platt | Case number (if known) | 19-17282 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **USAA term Life Insurance<br>Face amount is $1,000,000.00<br>No Cash Value<br>Beneficiary is Debtor's trust<br>Beneficiary: 1099 Trust dated 4<br>March 2014**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(dd) |
| **Counterclaims against Wood Erickson including but not limited to claims for unpaid 401k matching, failure to pay wages, etc. (exact value is unknown) Debtor has filed claim with Department of Labor.**<br>Line from *Schedule A/B*: **34.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Counterclaims against Wood Erickson including but not limited to claims for unpaid 401k matching, failure to pay wages, etc. (exact value is unknown) Debtor has filed claim with Department of Labor.**<br>Line from *Schedule A/B*: **34.1** | Unknown | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **Unpaid violin lesson tuition**<br>Line from *Schedule A/B*: **38.1** | $25.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **Unpaid violin lesson tuition**<br>Line from *Schedule A/B*: **38.1** | $25.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Checks for violin lessons owing to Debtor 2 for tuition for November 2019**<br>Line from *Schedule A/B*: **38.2** | $325.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **Checks for violin lessons owing to Debtor 2 for tuition for November 2019**<br>Line from *Schedule A/B*: **38.2** | $325.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **3 student violins (value is estimated)**<br>Line from *Schedule A/B*: **44.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(d) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ■ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 19-17282 |

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **AMERICA FIRST CREDIT UNION** Creditor's Name | Describe the property that secures the claim: | $3,846.13 | $6,434.00 | $0.00 |

Describe the property that secures the claim:

> **2015 Fiat 500e (value is estimated based on kbb.com)**

P.O. BOX 9199
OGDEN, UT 84409
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Automobile Loan**

Date debt was incurred _____     Last 4 digits of account number     **2828**

Debtor 1 **Andrew Bunker Platt**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2 **Ruth Ann Platt**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) **19-17282**

---

| 2.2 | **AMERICA FIRST CREDIT UNION** | | $15,702.33 | $24,797.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2015 Chevrolet Suburban (value is estimated based on kbb.com)**

**P.O. BOX 9199
OGDEN, UT 84409**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Automobile Loan**

Date debt was incurred _____　Last 4 digits of account number ___ **2828**

---

| 2.3 | **Toyota Finance** | | $43,304.88 | $40,908.00 | $2,396.88 |

Creditor's Name

**Describe the property that secures the claim:**

> **2019 Toyota Highlander
> (value is estimated based on kbb.com)**

**PO Box 15012
Chandler, AZ 85244-5012**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Automobile Loan**

Date debt was incurred _____　Last 4 digits of account number ___ **0817**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor 1  **Andrew Bunker Platt**
          First Name          Middle Name          Last Name

Debtor 2  **Ruth Ann Platt**
          First Name          Middle Name          Last Name

Case number *(if known)*   **19-17282**

| 2.4 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $597,863.61 | $882,233.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1533 Independence Way Boulder City, NV 89005  Clark County (held by personal trust, 1099 Trust dated 4 March 2014) (value is estimated based on zillow.com)**

**PO Box 14411
Des Moines, IA
50306-3411**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

**Date debt was incurred** _____    **Last 4 digits of account number**  **0108**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$660,716.95** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$660,716.95** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 19-17282 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Affirm Inc.** | Last 4 digits of account number _____ | $123.20 |
| | Nonpriority Creditor's Name | | |
| | **30 Isabella Street** | When was the debt incurred?  **unknown** | |
| | **Pittsburgh, PA 15212** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ■ **Check if this claim is for a  community debt** | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ■ No | ■ Other. Specify  **online credit** | |
| | ☐ Yes | | |

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (if known)  **19-17282**

| | | | |
|---|---|---|---|
| 4.2 | **Banana Republic** | Last 4 digits of account number  **6384** | **$193.25** |

Nonpriority Creditor's Name
**PO Box 530993**
**Atlanta, GA 30353-0993**
Number Street City State Zip Code

When was the debt incurred?  **2017- 2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **credit card purchases**

---

| | | | |
|---|---|---|---|
| 4.3 | **Boulder City Hospital** | Last 4 digits of account number  **Platt** | **$1,250.00** |

Nonpriority Creditor's Name
**901 Adams Blvd**
**Boulder City, NV 89005-2213**
Number Street City State Zip Code

When was the debt incurred?  **July 2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **medical services**

---

| | | | |
|---|---|---|---|
| 4.4 | **Chase** | Last 4 digits of account number  **5519** | **$7,226.00** |

Nonpriority Creditor's Name
**201 N. Walnut STreet**
**De-1-0153**
**Wilmington, DE 19801**
Number Street City State Zip Code

When was the debt incurred?  **2016 - 2018**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **credit card purchases**

---

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number (if known) | **19-17282** |

| 4.5 | **Citi** | Last 4 digits of account number | **7468** | **$16,775.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78045**
**Phoenix, AZ 85062-8045**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **credit card purchases**

| 4.6 | **Citi** | Last 4 digits of account number | **6119** | **$6,108.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78019**
**Phoenix, AZ 85062-8019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **credit card purchases**

| 4.7 | **Citizens Bank, N.A.** | Last 4 digits of account number | **6737** | **$34.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2360**
**Omaha, NE 68103**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (if known)   **19-17282**

---

| 4.8 | **Citizens Bank, N.A.** | Last 4 digits of account number  **6419** | **$486.49** |

Nonpriority Creditor's Name
**PO Box 2360**
**Omaha, NE 68103**

When was the debt incurred?  _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.9 | **Desert Radiology Solutions LLC** | Last 4 digits of account number  **RTD2** | **$14.37** |

Nonpriority Creditor's Name
**PO Box 1645**
**Indianapolis, IN 46206-1645**

When was the debt incurred?  _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.10 | **Erickson & Whitaker PC** | Last 4 digits of account number  _____ | **Unknown** |

Nonpriority Creditor's Name
**1349 Galleria Dr., Suite 200**
**Henderson, NV 89014**

When was the debt incurred?  _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No
■ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - liability and amount is disputed**

---

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (if known)  **19-17282**

---

| 4.1 1 | **Grabow Arm & Shoulder** | Last 4 digits of account number | **Platt** | $60.00 |

Nonpriority Creditor's Name
**3175 St. Rose #330**
**Henderson, NV 89052**
Number Street City State Zip Code

**When was the debt incurred?**  **July - October 2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **medical services**

---

| 4.1 2 | **Lawrence Jacobsen APC** | Last 4 digits of account number | **Platt** | $21,500.00 |

Nonpriority Creditor's Name
**9401 Wilshire Blvd #1250**
**Beverly Hills, CA 90212**
Number Street City State Zip Code

**When was the debt incurred?**  **Jan 2019 - Nov 2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Business legal services**

---

| 4.1 3 | **Loft** | Last 4 digits of account number | **3574** | $1,108.00 |

Nonpriority Creditor's Name
**Comenity Bank**
**PO Box 182273**
**Columbus, OH 43218-2273**
Number Street City State Zip Code

**When was the debt incurred?**  **2017-2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **credit card purchases**

---

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (*if known*)    **19-17282**

---

| 4.1 4 | **Oasis Pool Maintenance** | Last 4 digits of account number | **Platt** | **Unknown** |

Nonpriority Creditor's Name
**210 W Foster Avenue**
**Henderson, NV 89011**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **pool services**

---

| 4.1 5 | **Paypal Credit** | Last 4 digits of account number | **ra@plattmo sphere.com** | **$1,029.09** |

Nonpriority Creditor's Name
**PO Box 960006**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2018-2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card purchases**

---

| 4.1 6 | **RC Willey** | Last 4 digits of account number | **5831** | **$566.00** |

Nonpriority Creditor's Name
**PO Box 65320**
**Salt Lake City, UT 84165-0320**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **July 2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **furniture**

---

Debtor 1 **Andrew Bunker Platt**
Debtor 2 **Ruth Ann Platt**

Case number (if known) **19-17282**

---

| 4.1 7 | | | |
|---|---|---|---|

**SHADOW EMERGENCY PHYSICIANS**
Nonpriority Creditor's Name
**620 SHADOW LN**
**LAS VEGAS, NV 89106-4119**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **Platt**                    **$1,100.00**

**When was the debt incurred?**  **July - Oct 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical services**

---

| 4.1 8 | | | |
|---|---|---|---|

**Smith Shapiro**
Nonpriority Creditor's Name
**3333 E Serene Ave #130**
**Henderson, NV 89074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$112,455.00**

**When was the debt incurred?**  **April 2017 - Nov 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business legal services**

---

| 4.1 9 | | | |
|---|---|---|---|

**Transworld Systems Inc**
Nonpriority Creditor's Name
**500 Virginia Dr, Ste 514**
**Fort Washington, PA 19034**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2667**                    **$1,211.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (if known)  **19-17282**

| | | |
|---|---|---|
| 4.20 | **UHEAA** | Last 4 digits of account number  **7674**   $15,310.54 |

Nonpriority Creditor's Name
**PO Box 561480**
**Denver, CO 80256-1480**
Number Street City State Zip Code

**When was the debt incurred?**  **approx 2007**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Debtor's student loans**

| | | |
|---|---|---|
| 4.21 | **Ulta** | Last 4 digits of account number  _____   $579.77 |

Nonpriority Creditor's Name
**True Accord**
**303 2nd St #750 South**
**San Francisco, CA 94107**
Number Street City State Zip Code

**When was the debt incurred?**  **2018-2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card purchases**

| | | |
|---|---|---|
| 4.22 | **US Department of Education** | Last 4 digits of account number  _____   $27,000.00 |

Nonpriority Creditor's Name
**Nelnet**
**121 S 13th Street**
**Lincoln, NE 68508**
Number Street City State Zip Code

**When was the debt incurred?**  **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **guarantor of daughter's student loans (amount is approximate)**

Debtor 1 **Andrew Bunker Platt**
Debtor 2 **Ruth Ann Platt**

Case number (if known)   **19-17282**

---

| 4.2 3 | **Wells Business Bkg** | Last 4 digits of account number | **1981** | $22,629.00 |

Nonpriority Creditor's Name
**Support Group**
**MAC D4004-03A Dept 34431**
**PO Box 39000**
**San Francisco, CA 94139**
Number Street City State Zip Code

When was the debt incurred?   **May 2019**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 4 | **Wells Fargo SBL** | Last 4 digits of account number | **8834** | $12,261.00 |

Nonpriority Creditor's Name
**PO Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Loan**

---

| 4.2 5 | **Woods & Erickson LLP** | Last 4 digits of account number | | $1,400,000.00 |

Nonpriority Creditor's Name
**1349 Galleria Drive #200**
**Henderson, NV 89014**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - liability and amount are disputed**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1 **Andrew Bunker Platt**
Debtor 2 **Ruth Ann Platt**

Case number (if known) **19-17282**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gerrard Cox Larsen**<br>**2450 Saint Rose Parkway, Suite 200**<br>**Henderson, NV 89074** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gerrard Cox Larsen**<br>**2450 Saint Rose Parkway, Suite 200**<br>**Henderson, NV 89074** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 15,310.54 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,633,709.67 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,649,020.21 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **19-17282** |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Lesee Direct**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | **Guarantor for business equipment lease** |
| 2.2 **RBS Henderson, LLC**<br>**400 S. Rampart Blvd #220**<br>**Las Vegas, NV 89145** | **Guarantor for Business Lease** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 19-17282 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☑ Yes.

      In which community state or territory did you live?    **-NONE-** . Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Anna Platt**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**US Department of Education** |
| 3.2 **L & S Counselors LTD**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Erickson & Whitaker PC** |

| Debtor 1 | Andrew Bunker Platt | Case number *(if known)* | 19-17282 |
|---|---|---|---|
| | Ruth Ann Platt | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Wells Fargo SBL** |
| 3.4 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**Wells Business Bkg** |
| 3.5 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**Smith Shapiro** |
| 3.6 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Lawrence Jacobsen APC** |
| 3.7 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Woods & Erickson LLP** |
| 3.8 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.2___<br>**RBS Henderson, LLC** |
| 3.9 | **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.1___<br>**Lesee Direct** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1        **Andrew Bunker Platt**

Debtor 2        **Ruth Ann Platt**
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number    **19-17282**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Attorney** | **Violin Instructor** |
| Employer's name | **L&S Counselors Ltd** | **self-employed** |
| Employer's address | **1746 W Horizon Ridge Pkwy<br>Henderson, NV 89012** |  |
| How long employed there? | **2 years** |  |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $    **3,579.36** | $    **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3.   +$    **0.00** | +$    **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $    **3,579.36** | $    **0.00** |

Debtor 1  **Andrew Bunker Platt**
Debtor 2  **Ruth Ann Platt**

Case number (*if known*)  **19-17282**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $  **3,579.36** | $  **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  **759.72** | $  **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **0.00** |
| 5e. | **Insurance** | 5e. | $  **0.00** | $  **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $  **0.00** | $  **0.00** |
| 5g. | **Union dues** | 5g. | $  **0.00** | $  **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $  **0.00** + | $  **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **759.72**   $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **2,819.64**   $ **0.00**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **1,831.66** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **0.00** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  **0.00** | $  **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $  **0.00** + | $  **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **0.00**   $ **1,831.66**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **2,819.64** + $ **1,831.66** = $ **4,651.30**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:   11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **4,651.30**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐  No.
    ■  Yes. Explain:

    > Debtor's income is based on average from January through October 2019
    > Co-debtor's income is based on 6 month average.
    > Debtor anticipates that his income will increase as attorney fees for litigation and business rent should decrease due to bankruptcy filing

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| Debtor 2 (Spouse, if filing) | **Ruth Ann Platt** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | **19-17282** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **11** | ☐ No ■ Yes |
| **Daughter** | **14** | ☐ No ■ Yes |
| **Son** | **16** | ☐ No ■ Yes |
| **Daughter** | **18** | ☐ No ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|   |   |
|---|---|
| | **Your expenses** |

| | | |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,438.00 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 400.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.   **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 **Andrew Bunker Platt**
Debtor 2 **Ruth Ann Platt**                                    Case number (if known) **19-17282**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 550.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 420.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 2,250.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 565.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 66.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 475.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 726.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 953.00 |
| | 17c. | Other. Specify:    **Vehicle 3** | 17c. $ | 280.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 11,903.00 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 11,903.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,651.30 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 11,903.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -7,251.70 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **19-17282** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                   *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Andrew Bunker Platt** | X **/s/ Ruth Ann Platt** |
|---|---|
| **Andrew Bunker Platt** | **Ruth Ann Platt** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **November 19, 2019** | Date **November 19, 2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Andrew Bunker Platt** | |
| | First Name                Middle Name                Last Name | |
| Debtor 2 | **Ruth Ann Platt** | |
| (Spouse if, filing) | First Name                Middle Name                Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number | 19-17282 | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **984 Mackenzie Creek Ave Henderson, NV 89002** | From-To: **2012 - 2017** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**

Case number (if known)    **19-17282**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $35,793.61 | ☐ Wages, commissions, bonuses, tips | $10,987.90 |
| | ■ Operating a business | | ■ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips | $122,286.00 | ☐ Wages, commissions, bonuses, tips | $13,000.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $298,312.00 | ☐ Wages, commissions, bonuses, tips | $8,500.00 |
| | ■ Operating a business | | ■ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** |
|---|---|
| Debtor 2 | **Ruth Ann Platt** |

Case number (*if known*) __**19-17282**__

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT 84409 | **August, Sept, October 2019 ($726 per month)** | **$2,178.00** | **$15,702.33** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT 84409 | **August, September, October 2019 ($279.29 per month)** | **$837.87** | **$3,846.13** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Toyota Finance**<br>PO Box 15012<br>Chandler, AZ 85244-5012 | **August, September, October 2019 ($952.89 per month)** | **$2,858.67** | **$43,304.88** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **WELLS FARGO HOME MORTGAGE**<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 | **September and October 2019 ($3433.91 per month)** | **$6,867.82** | **$598,808.43** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Citibank**<br>P.O. Box 183071<br>Columbus, OH 43218 | **August, September, October 2019** | **$1,631.61** | **$21,305.82** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **CHASE**<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | **August, September, November 2019** | **$1,392.00** | **$7,785.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■  No
☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an**

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

**insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Woods & Erickson LLP vs Andrew Cartwright, et al** **A-19-791567-C** | **Collection of Accounts (Platt was never served)** | **EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155** | ■ Pending ☐ On appeal ☐ Concluded |
| **Woods & Erickson LLP vs Andrew Platt, L&S Counselors Ltd** **A-18-774926-C** | **Intentional Misconduct** | **EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **The Church of Jesus Christ of Latter-Day** | **Cash (tithes and offerings - amount is approximate)** | **Various Dates** | **$38,614.80** |
| **Goodwill** | **Miscellaneous household goods (value is estimated)** | **various** | **$800.00** |

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **JOHNSON & GUBLER, P.C.**<br>**LAKES BUSINESS PARK**<br>**8831 W SAHARA AVE**<br>**LAS VEGAS, NV 89117-5865**<br>**mjohnson@mjohnsonlaw.com**<br>**L&S Counselors Ltd** | **Attorney Fees (and $335 filing fee)** | **11/8/2019** | **$10,000.00** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Andrew Bunker Platt | | |
|---|---|---|---|
| Debtor 2 | Ruth Ann Platt | Case number *(if known)* | 19-17282 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☐ No
- ■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| 1009 Trust dated 4 March 2014 | Primary residence: 1533 Independence Way, Boulder City NV (Debtor has declared homestead) | 8/30/2018 |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Citibank<br>P.O. Box 183071<br>Columbus, OH 43218 | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Spring 2019 | Unknown |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | | |
| | | Case number *(if known)* | **19-17282** |

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Amy Jean Johnson<br>1533 Independence Way<br>Boulder City, NV 89005** | **1533 Independence Way<br>Boulder City, NV 89005** | **Household goods, musical instruments, couches, recliner, desk, computer,  2 tvs, medical devices, fridge, electronics, clothing, vehicle, etc.  (value is estimated)** | **$58,000.00** |
| **Miscellaneous Legal Clients** | | **As an attorney, and in his capacity as trustee only, Debtor serves as a trustee for various family trusts owned by clients of Debtor. Some of these trusts own business interests. Although Debtor's name may appear on certain corporate documents as Trusteee, Debtor has no beneficial interest in any of his clients' trusts or businesses except as otherwise disclosed in the petition. Listed for full disclosure only.** | **$0.00** |

---

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**                                                      Case number *(if known)*    **19-17282**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ■ A partner in a partnership

    ■ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **L&S Counselors Ltd**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | **Law Firm** | EIN:    **30-1005268**<br><br>From-To    **9/28/2017 - present** |
| **Saas Central LLC**<br>**1746 W Horizon Ridge Pkwy**<br>**Henderson, NV 89012** | **Software Development - Debtor is an officer but has no ownership interest** | EIN:    **82-2974505**<br><br>From-To    **Oct 2017 - present** |
| **5 Palms Family Office**<br>**1746 Horizon Ridge Pkwy**<br>**Las Vegas, NV 89102** | **Private trust company - Debtor is an officer but has no ownership interest** | EIN:    **81-4969990**<br><br>From-To    **Jan 2017 - present** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | Andrew Bunker Platt | | |
|---|---|---|---|
| Debtor 2 | Ruth Ann Platt | Case number (if known) | **19-17282** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Bosque Holdings LLC**<br>**1349 Galleria Drive, #200**<br>**Henderson, NV 89014** | **Business services provider - this entity is defunct. Debtor served as an officer but has never held any ownership interest** | EIN:<br><br>From-To   **Oct 2010 - April 2018** |
| **Gatehouse Strategies LLP**<br>**1349 Galleria Drive, Ste 200**<br>**Henderson, NV 89014** | **Business services provider** | EIN:   **32-04332**<br><br>From-To   **Feb 2014 to April 2018** |
| **LVTG Family Office**<br>**1746 Horizon Ridge Pkwy**<br>**Henderson, NV 89012** | **Private trust company - Debtor is an officer but has never held any ownership interest.** | EIN:<br><br>From-To   **Jan 2019 - present** |
| **WMG Family Office**<br>**1746 Horizon Ridge Pkwy**<br>**Henderson, NV 89012** | **Private trust company- Debtor is an officer but has never held any ownership interest.** | EIN:<br><br>From-To   **Jan 2019 - present** |
| **DG Family Office**<br>**1746 Horizon Ridge Pkwy**<br>**Henderson, NV 89012** | **Private trust company- Debtor is an officer but has never held any ownership interest.** | EIN:<br><br>From-To   **Jan 2019 - present** |
| **Wavetronix Disc Inc.**<br>**1746 W Horizon Ridge Pkwy**<br>**Henderson, NV 89012** | **Domestic international sales corporation- Debtor is an officer but has never held any ownership interest.** | EIN:<br><br>From-To   **Dec 2015 - present** |
| **Ruth Ann Platt**<br>**1533 Independence Way**<br>**Boulder City, NV 89005** | **private violin tutoring** | EIN:<br><br>From-To   **1993 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☑ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **RBS Henderson, LLC**<br>**400 S. Rampart Blvd #220**<br>**Las Vegas, NV 89145** | **May 2018** |
| **Woods & Erickson LLP**<br>**1349 Galleria Drive #200**<br>**Henderson, NV 89014** | **Winter 2018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | | |
|---|---|---|---|
| Debtor 2 | **Ruth Ann Platt** | Case number *(if known)* | **19-17282** |

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ Andrew Bunker Platt** | **/s/ Ruth Ann Platt** |
|---|---|
| **Andrew Bunker Platt** | **Ruth Ann Platt** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **November 19, 2019** | Date    **November 19, 2019** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Bunker Platt** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Ruth Ann Platt** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **19-17282** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **AMERICA FIRST CREDIT UNION**<br><br>Description of property securing debt:   **2015 Fiat 500e (value is estimated based on kbb.com)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]:<br> **Debtor will continue to make monthly payments** | ☐ No<br><br>■ Yes |
| Creditor's name:   **AMERICA FIRST CREDIT UNION**<br><br>Description of property securing debt:   **2015 Chevrolet Suburban (value is estimated based on kbb.com)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]:<br> **Debtor will continue to make monthly payments** | ☐ No<br><br>■ Yes |
| Creditor's name:   **Toyota Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Andrew Bunker Platt** | Case number *(if known)* | **19-17282** |
|----------|-------------------------|--------------------------|--------------|
| Debtor 2 | **Ruth Ann Platt** | | |

| Description of property securing debt: | **2019 Toyota Highlander (value is estimated based on kbb.com)** | *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Debtors will continue to make monthly payments** | |
|---|---|---|---|

| Creditor's name: | **Wells Fargo Home Mortgage** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Debtors will continue monthly payments** | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **1533 Independence Way Boulder City, NV 89005  Clark County (held by personal trust, 1099 Trust dated 4 March 2014) (value is estimated based on zillow.com)** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Andrew Bunker Platt**                    X  **/s/ Ruth Ann Platt**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Andrew Bunker Platt**
Debtor 2    **Ruth Ann Platt**                                    Case number *(if known)*    **19-17282**

**Andrew Bunker Platt**                                    **Ruth Ann Platt**
Signature of Debtor 1                                      Signature of Debtor 2

Date    **November 19, 2019**                        Date    **November 19, 2019**

---