NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
ANDREW B. PLATT  

RUTH ANN PLATT  

Debtor(s)

BK−19−17282−abl  
CHAPTER 7

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *78* – Change of Address of Andrew Platt and Ruth Platt Filed by ANDREW B PLATT on behalf of ANDREW B. PLATT, RUTH ANN PLATT (PLATT, ANDREW) |
| Filed On: | 9/8/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 9/9/21

*Mary A Schott*

Mary A. Schott  
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**