TROY FOX, TRUSTEE
601 S. 10th Street, Suite 202
Las Vegas, NV 89101
(702) 382-1007
trusteefox@ficlegal.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CHAPTER 7 |
| --- | --- |
| ANDREW B. PLATT<br>RUTH ANN PLATT | CASE NO.: 19-17282-GS |
| Debtor(s). | **NOTICE OF HEARING**<br><br>**Date:  May 23, 2024**<br>**Time: 11:00 am** |

### AMENDED NOTICE OF HEARING ON TRUSTEE'S NOTICE OF FINAL REPORT AND APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that a hearing on Trustee's Notice of Final Report and Application for Compensation in the above referenced case is scheduled to be heard on the _23rd_ day of __May_, 2024 at 11:00 A.M.

The hearing will be held by telephonic means at the following Number, Meeting ID and Passcode respectively:

| Las Vegas Duty Judge | (669) 254-5252 | 161 418 4644 | 758337# |
| --- | --- | --- | --- |

Any Opposition must be filed pursuant to Local Rule 9014 (d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any oppositions to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

-2-

If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response, with the Court, or if you do not serve your written response on the person who sent you this notice, then:

The Court may refuse to allow you to speak at the scheduled hearing; and

The Court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to time without further notice.

**DATED:** <u>4/19/2024</u>              <u>/s/ Troy Fox</u>
                                          Chapter 7 Trustee