_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 28, 2024

TROY FOX, TRUSTEE
601 S. 10th Street, Suite 202
Las Vegas, NV 89101
Phone: (702) 382-1007
Email: trusteefox@ficlegal.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 19-17282-GS<br>Chapter 7 |
| ANDREW B. PLATT<br>RUTH ANN PLATT | **ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| Debtor(s). | Date: _05-23-2024___<br>Time: 11:00 a.m. |

TROY FOX, the duly appointed, qualified Federal Bankruptcy Trustee herein, having filed herein her Final Report and Account of said estate on, the hearing on such having been held on the above date and time, before the United States Bankruptcy Court, District of Nevada, Troy Fox, Trustee, appearing, and no other parties having appeared. The Court having reviewed the Final Report, finding that service of such and notice was proper, no opposition having been filed, good cause appearing, therefore, it is hereby:

1

1    **ORDERED** that Trustee fees in the amount of $5,875.00 and expenses in the amount of $0.00

2    be approved and that the Trustee is authorized to pay such funds; it is further

3    **ORDERED** that the Trustee is authorized to make payments to the parties as described in the

4    Final Report and Account at Docket #83

5    Submitted by:

6

7    ___/s/ Troy S. Fox_____
     Troy Fox, Trustee

8

9    <u>ALTERNATIVE METHOD re RULE 9021:</u>

10    In accordance with Local Rule 9021, the Trustee submitting this document certifies that the

11    order accurately reflects the court's ruling and that (check one):

12    _____ The Court waived the requirement set forth in LR9021(b)(1).

13    __x___ No parties appeared at the hearing or filed an objection to the motion.

14    _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

15    and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the

16    order, or failed to respond, as indicated below [list each party and whether the party has approved,

17    disapproved, or failed to respond to the document]:

18    _____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

19    with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the

20    order.

21

22    ###

23

24

2